Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.:    13–15857 RAG    Chapter:    7

Karen Sue Lambert
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case is eligible to be closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 7/15/13

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Kelly Grant  410–962–4104